UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Wesley D. Carson　　　　　　　　　　　　　　　　Docket No. 5:16-CR-99-1H

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Wesley D. Carson, who, upon an earlier plea of guilty to 21 U.S.C. §841(a)(1), Possession with Intent to Distribute over 500 Grams of Cocaine Hydrochloride and 18 U.S.C. §924(c)(1), Carrying a Firearm During and in Relation to a Drug Trafficking Offense, was sentenced by the Honorable Dudley H. Bowen, Jr., U.S. District Judge in the Southern District of Georgia on December 8, 2005, to the custody of the Bureau of Prisons for a term of 131 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Wesley D. Carson was released from custody on November 26, 2014, at which time the term of supervised release commenced. On April 22, 2016, jurisdiction was transferred from the Southern District of Georgia to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since the defendant's release, he has maintained the same residence and has secured stable employment. The defendant successfully completed the Surprise Urinalysis Program and has paid his monetary obligation to the court in full. The original special conditions of probation that were imposed in the Southern District of Georgia included a curfew from 10:00 P.M. until 6:00 A.M. throughout the term of supervision. The defendant has complied with his conditions of probation and the probation office feels that this condition is not necessary to adequately supervise the defendant. Additionally, the defendant works third shift for Walmart Distribution and is not home during the curfew hours included in his original judgment.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The originally imposed special condition of curfew for the period of supervision is hereby stricken.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　/s/ Mindy L. Threlkeld
Eddie J. Smith　　　　　　　　　　　　　　 Mindy L. Threlkeld
Supervising U.S. Probation Officer　　　　　 Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2539
　　　　　　　　　　　　　　　　　　　　　　Executed On: April 25, 2016

Wesley D. Carson
Docket No. 5:16-CR-99-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __26TH__ day of __April__, 2016 and ordered filed and made a part of the records in the above case.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge