# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                   Crim. No. 5:16-CR-99-1H

WESLEY D. CARSON

On November 26, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                     I declare under penalty of perjury that the foregoing is true and correct.

                     /s/ Mindy L. Threlkeld  
                     Mindy L. Threlkeld  
                     Senior U.S. Probation Officer  
                     150 Rowan Street Suite 110  
                     Fayetteville, NC 28301  
                     Phone: 910-354-2539  
                     Executed On: May 21, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of May, 2018.

                                         Malcolm J. Howard  
                                         Senior U.S. District Judge